UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-00417-CJC-ADS | Date | January 17, 2023 |
|---|---|---|---|
| Title | Jessie Ramirez v. Synchrony Bank et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL AND STIPULATION TO DISMISS CASE**

   The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Dismissal [15] and Stipulation of Dismissal [16], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                    - __ : __

                                            Initials of Deputy Clerk   rrp